# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STATE OF FLORIDA,

Appellant,

v.

HARLAN CAULKINS,

Appellee.

No. 2D22-3527

_____

April 10, 2024

Appeal from the Circuit Court for Hillsborough County; Barbara Twine-Thomas, Judge.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellant.

Howard L. Dimmig, II, Public Defender, and Robert D. Rosen and Cynthia J. Dodge, Assistant Public Defenders, Bartow, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.